UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JAN LIGHTFOOTLANE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 07-56-B-W |
| | ) | |
| MAINE DEPARTMENT OF | ) | |
| HEALTH AND HUMAN SERVICES, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on April 15, 2008 her Recommended Decision.  The Plaintiff filed her objections to the Recommended Decision on April 22, 2008 and April 25, 2008 and the Defendant filed its responses to those objections on April 24, 2008.  I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. It is further ORDERED that Defendant Maine Municipal Association's Motion to Dismiss (Docket # 34) be and hereby is GRANTED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 28th day of April, 2008